
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| **SHERRY SPADE** <br>     **Plaintiff,** <br><br> **v.** <br><br> **APPALACHIAN REGIONAL HEALTHCARE, INC.,** <br>     **Defendant.** | **CASE NO. 6:24-CV-129-KKC** <br><br><br> **JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) the Defendant's Motion for Summary Judgment is GRANTED;

2) judgment is ENTERED in favor of the Defendant on all claims;

3) this judgment is FINAL and APPEALABLE; and

4) this matter is STRICKEN from the Court's active docket.

This 11th day of March, 2026.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge